**NOT FOR PUBLIC VIEW**

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☒ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | | LOCATION NUMBER |
|---|---|---|---|
| IN THE CASE OF | U.S. v.s. Santiago | FOR | |
| | | AT | |

FILED
APR 24 [2008]
CLERK, U.S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

| PERSON REPRESENTED (Show your full name) | | DOCKET NUMBERS |
|---|---|---|
| Eustaquio Luis Santiago | 1 ☒ Defendant—Adult<br>2 ☐ Defendant - Juvenile<br>3 ☐ Appellant<br>4 ☐ Probation Violator<br>5 ☐ Parole Violator<br>6 ☐ Habeas Petitioner<br>7 ☐ 2255 Petitioner<br>8 ☐ Material Witness<br>9 ☐ Other | Magistrate: 08MG1244<br>District Court<br>Court of Appeals |
| CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor<br>1324 | | |

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Am Self-Employed
- Name and address of employer: Carmil Plastics, Oceanside Comp.
- IF YES, how much do you earn per month? $ 1,200
- IF NO, give month and year of last employment. How much did you earn per month? $ ___
- If married is your Spouse employed? ☐ Yes ☒ No
- IF YES, how much does your Spouse earn per month? $ ___
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME** — Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ ___

**CASH** — Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No IF YES, state total amount $ 300.00

**PROPERTY** — Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT — VALUE: $ 1,500 — DESCRIPTION: Nissan 94'

**DEPENDENTS** — MARITAL STATUS: ☒ Married ☐ Single ☐ Widowed ☐ Separated or Divorced
Total No. of Dependents: 2
List persons you actually support and your relationship to them:
- Francisca — Wife
- Briseida — Daughter

**OBLIGATIONS & DEBTS** — DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| Rent | | $ | $ 450 |
| Telephone | | $ | $ 35 |
| Insurance | | $ | $ 35 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 4/24/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ E.L.S.