UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2008 MAY -8  P 4: 26

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) ) | CRIMINAL NO. 08mj1244 |
| vs. | ) ) | ORDER |
| Lucio Santiago-Morales et al. | ) ) ) | RELEASING MATERIAL WITNESS |
| Defendant(s) | ) ) | Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a ~~material witness~~ be released from custody: (Bond Posted / Case Disposed / (Order of Court)).

Jaime Francisco Barrita-Cruz

DATED: 5-8-08

**JAN M. ADLER**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by R. Heckme

Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082